THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN HACKEL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH B. WOLF, Appellant, v. WILHELMINA BARASCH, as Administratrix of the Estate of MORRIS BARASCH, Deceased, Respondent.— Judgment, and order so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 965.]

MORRIS MURRAY, Respondent, v. ÆTNA INDUSTRIAL CORPORATION, Defendant, and WALTER W. WEISMANN, Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH STERN, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DORIS FARID-ES-SULTANEH, Respondent, v. HARRY WINSTON, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

YORK-BUFFALO MOTOR EXPRESS, INC., Appellant-Respondent, v. NATIONAL FIRE & MARINE INSURANCE COMPANY, Respondent, and RHODE ISLAND INSURANCE COMPANY, Defendant-Respondent-Appellant.— Judgment and order unanimously affirmed, with costs to the defendant-respondent, National Fire & Marine Insurance Company, against the plaintiff-appellant. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [181 Misc. 518.] [See *post*, p. 904.]

BENJAMIN HALPERN et al., Copartners Doing Business as HALPERN, DAVIDOFF & SACK, Respondents, v. AMTORG TRADING CORPORATION, Appellant. (Action No. 1.) BENJAMIN HALPERN et al., Copartners Doing Business as HALPERN, DAVIDOFF & SACK, Respondents, v. AMTORG TRADING CORPORATION, Appellant. (Action No. 2.) Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 904.]

NEW AMSTERDAM CASUALTY COMPANY, Respondent, v. A. & P. UTILITIES, INC., et al., Defendants; CARL GINGOLA, as Administrator of the Estate of ROCCO RITORTO, Deceased, Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 965.]

ASTOR GARAGE CORPORATION, Appellant, v. ESTATE OF JAMES ROZELL, INC., Respondent, et al., Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

ROLAND ISABELLE, an Infant, by His Guardian ad Litem, EMILE ISABELLE, et al., Respondents, v. T. & T. TRUCKING & TRANSPORTATION CO., INC., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 978.]

LILLIAN BOEHM, Respondent, v. JEFFREY S. GRANGER et al., Copartners Trading as SULZBACHER, GRANGER & Co., et al., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant defendants' motion to the extent of dismissing the first, second and third causes of action.